# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 4, 2006
9:30 a.m.

Sue Beitia, Clerk

| | |
|---|---|
| CASE NUMBER: | CV. 05-00748 HG-LEK<br>CR. 00-00379 HG |
| CASE NAME: | UNITED STATES OF AMERICA V. RUSSELL GORDON MASCOTO |
| ATTYS FOR MOVANT: | Pro Se |
| ATTYS FOR RESP: | Thomas Muehleck |

JUDGE:  Helen Gillmor

DATE:   January 4, 2006

## Minute Order

On December 23, 2006, the Government filed a motion entitled:

UNITED STATES' REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255.

The Government requests an additional 40 days to respond to the motion for habeas corpus.

The Court GRANTS the Government motion. The Government's response is due no later than February 13, 2006.

IT IS SO ORDERED.

Submitted by: David H. Hisashima, Courtroom Manager

cc: above parties
    Judge Gillmor's chambers