# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

C V 05.- 0.074 8 **HG** LE

| United States District Court | District of Hawaii | |
|---|---|---|
| **Name** (under which you were convicted):<br><br>Russell Gordon Mascoto | | Docket or Case No.:<br><br>00-00379-HG |
| Place of Confinement:<br>United States Penitentiary Lompoc | | Prisoner No.:<br><br>87887-022 |

FILED IN THE
~~UNITED STATES DISTRICT COUR~~T
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA          Movant (Include name under which you were convicted)

District of Hawaii          v.     Russell Gordon Mascoto

DEC 05 2005

## MOTION

at 3 o'clock and 45 min.
SUE BEITIA, CLERK

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

   United States District Court for the district of Hawaii

   _____

   (b) Criminal docket or case number (if you know): 00-00379 (01)HG

2. (a) Date of the judgment of conviction (if you know): December 17, 2003

   (b) Date of sentencing: December 8, 2003

3. Length of sentence: 10 years

4. Nature of crime (all counts): (1 Count) Intent to distribute a quantity of crystal Methamphetamine "Ice" in excess of 50 grams. A schedule II substance.

   _____

   _____

   _____

5. (a) What was your plea? (Check one)

   (1)   Not guilty ❑          (2)   Guilty ☒          (3)   Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   _____

EXHIBIT
B

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ❑          Judge only ❑

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❏    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ❏

9.  If you did appeal, answer the following:

(a) Name of court: United States Court of Appeals for the Ninth Circuit

(b) Docket or case number (if you know): 00-00379-HG

(c) Result: Appeal Dissmissed

(d) Date of result (if you know): December 17, 2004

(e) Citation to the case (if you know):

(f) Grounds raised: 1. Whether Defendant-Appellant knowingly and voluntarily Waived the right to appeal his sentence.

　　　　　　　II. Whether defendants possession of 231 Grams of a substance containing 72% Methamphetamine Required Imposition of a Mandatory Minimum 10-year prision sentence under U.S.C Section 841(B)(1)(A) Where the Indictment and written plea agreement both misidentified the chemical substance as being more than 50 Grams of Crystal Methamphetamine-"ICE"?

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❏    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❏    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:    Yes ❑    No ❑

(2)  Second petition:    Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Ineffective Assistance of Counsel</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I dismissed my Lawyer due to Misrepresentation.He misrepresented me,by me
Pleaing to a faulty plea agreement under 841(B)(1)(A) Pure Methamphetamine.
Insted I should have plead to 841(B)(1)(B).Also because the prosecution
Enhanced my sentence for the type of Methamphetamine According to U.S.S.G.
2D1.1(C)which was not charged in my Indictment.My Judge also made the following
comment during Re-sentencing:
It would seem to me that given that the plea agreement contained an inaccuracy
that that would open the door for an appeal,because given that inaccuracy –
while I agree with the(Assistant U.S. Att)that it dosent necessarily make a
difference if you interpret the statue the way he has, and the way some of
those 9TH. CIR. cases do,it still is an issue which means that the plea agree-
ment was not totally accurate an it is an intresting issue,an it could be the
case to you know it has lots of aspects to make it a
case thats worthy of appeal,I think.

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>My lawyer thought that</u> I
had a strong issue by me pleaing out to a faulty indictment/plea agreement
because it was not knowingly and voluntarily,because I was unaware and misrep-
resented when I signed my plea agreement that it was inaccurate.

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** Ameline II En Banc _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Ameline states if the record shows that the judge would rule differently I would

be entitled to Re-sentencing.It clearly shows when I was sentenced on September 7,

2001 to 87-months imprisionment,which was appealed by the goverment due to the Buc

land EN Banc decision.I was re-sentenced to 120-months inprisionment.

The district court denied my sentencing objections to the presentence report

stating that there was 9th Cir. cases against me allowing the conversion of impure

ethamphetamine to pure methamphetamine according to U.S.S.C 2D1.1 (c) to be

Now due to new rulings in the 9th cir. those cases would not be against me allow
the judge to rule differently. The U.S.S.G Would now be advisory only. Also any enl
ncement would have to be brought before a jury.

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑   No ❑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑   No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR**: _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏  No ❏

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❏  No ❏

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❏  No ❏

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❏  No ❏

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏  No ❏

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑  No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ❑ No ❑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ❑ No ❑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❑   No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period
shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in
violation of the Constitution or laws of the United States is removed, if the movant was
prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if
that right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been

Therefore, movant asks that the Court grant the following relief: <u>Remand for Resentencing</u>

---

---

or any other relief to which movant may be entitled.

_____

**Signature of Attorney (if any)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _November 29, 2005_ (month, date, year).

Executed (signed) on _November 29, 2005_ (date).

_Russell Marcoto_
_____

**Signature of Movant**

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

---

---

## IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

Name/Address of Attorney or Pro Per

Russell Mascoto  87887-022

United States Penitentiary

3901 Klein Blvd Lompoc, CA 93436

Telephone _____

☐ FPD    ☐ Apptd    ☐ CJA    ☒ Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
District of Hawaii
                                    PLAINTIFF(S),

v.

Russell Mascoto

                                    DEFENDANT(S).

CASE NUMBER: 00-00379-HG

Motion, Affidavit and Order re: Appeal In Forma
Pauperis:    ☐ 28 U.S.C. 753(f)
             ☒ 28 U.S.C. 1915

## MOTION AND AFFIDAVIT

The undersigned Russell Mascoto , a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1.  I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

    a.  Ineffective assistance of Counsel

    b.  Ameline II EN BANC.

    c.  _____

2.  Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

    a.  Are you presently employed? ☒ Yes    ☐ No.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

    _____

    _____

    b.  Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?    ☐ Yes    ☒ No.
        If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

    _____        _____

    _____        _____

    _____        _____

c.  Are you presently employed in prison?  ☒ Yes    ☐ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_16 hours, $5.00  a  month_

d.  Do you own any cash or do you have money in a checking or savings account?  ☒ Yes    ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _Approximatley $1500_

e.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  _N/0_

f.  In what year did you last file an income tax return?  _2000_

g.  Approximately how much income did your last tax return reflect?  _Approximatley $300.00_

h.  List the persons who are dependent upon you for support and state your relationship to those persons.

_0_

i.  State monthly expenses, itemizing the major items.  _Hygiene, Food_

_Russell Marcito_
                                                          *Signature of Party*

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| *Date* | *Signature of Attorney*<br>*(Disregard if filed in propria persona)* |

## ORDER

*(The check mark in the appropriate box indicates the Order made)*

☐ **The court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

_____                    _____
*Date*                                      *United States District Judge*

☐ **The court has considered the motion and the motion is GRANTED.** It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question. The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor.

　　☐ A transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 753 (f). The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available to him. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

_____                    _____
*Date*                                      *United States District Judge*

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 87887022 | Current Institution: | Lompoc USP |
|---|---|---|---|
| Inmate Name: | MASCOTO, RUSSELL | Housing Unit: | K |
| Report Date: | 11/29/2005 | Living Quarters: | K03-020L |
| Report Time: | 3:13:24 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOM | 11/22/2005 8:20:30 PM | 60 | | | Sales | ($136.70) | | $94.55 |
| LOM | 11/9/2005 8:10:53 PM | 55 | | | Sales | ($236.21) | | $231.25 |
| LOM | 11/9/2005 5:03:00 PM | 33302906 | | | Western Union | $100.00 | | $467.46 |
| LOM | 11/7/2005 2:01:10 PM | IPPOCT | | | Payroll - IPP | $5.25 | | $367.46 |
| LOM | 10/26/2005 8:13:19 PM | 67 | | | Sales | ($16.20) | | $362.21 |
| LOM | 10/26/2005 8:11:06 PM | 66 | | | Sales | ($30.55) | | $378.41 |
| LOM | 10/24/2005 7:45:17 PM | ITS1024 | | | ITS Withdrawal | ($400.00) | | $408.96 |
| LOM | 10/7/2005 4:59:50 PM | 6ICP1005 | | | Inmate Co-pay | ($2.00) | | $808.96 |
| LOM | 10/6/2005 2:10:21 PM | 6ICP1005 | | | Inmate Co-pay | ($2.00) | | $810.96 |
| LOM | 10/5/2005 3:03:29 PM | 33300406 | | | Western Union | $100.00 | | $812.96 |
| LOM | 10/1/2005 6:43:11 PM | ITS1001 | | | ITS Withdrawal | ($100.00) | | $712.96 |
| LOM | 9/29/2005 5:10:55 AM | 70142201 | | | Lockbox - CD | $500.00 | | $812.96 |
| LOM | 9/22/2005 8:12:42 PM | 75 | | | Sales | ($278.16) | | $312.96 |
| LOM | 9/15/2005 8:08:58 PM | 55 | | | Sales | ($13.05) | | $591.12 |
| LOM | 9/12/2005 5:05:03 AM | 70140903 | | | Lockbox - CD | $500.00 | | $604.17 |
| LOM | 9/7/2005 2:36:49 PM | 33324205 | | | Western Union | $100.00 | | $104.17 |
| LOM | 9/1/2005 8:07:41 PM | 61 | | | Sales | ($36.25) | | $4.17 |
| LOM | 8/25/2005 8:25:43 PM | 45 | | | Sales | ($240.70) | | $40.42 |
| LOM | 8/18/2005 8:18:39 PM | 111 | | | SPO - Released | | $52.50 | -------- |
| LOM | 8/12/2005 8:35:39 PM | ITS0812 | | | ITS Withdrawal | ($100.00) | | $281.12 |
| LOM | 8/11/2005 8:41:21 PM | 57 | | | Sales | ($104.15) | | $381.12 |
| LOM | 8/5/2005 11:05:30 AM | IPPJUL | | | Payroll - IPP | $31.60 | | $485.27 |
| LOM | 7/28/2005 8:43:35 PM | 101 | | | Sales | ($19.95) | | $453.67 |
| LOM | 7/21/2005 8:51:13 PM | 68 | | | Sales | ($52.60) | | $473.62 |
| LOM | 7/14/2005 8:39:12 PM | 69 | | | Sales | ($107.20) | | $526.22 |
| LOM | 7/13/2005 5:05:54 AM | 70136701 | | | Lockbox - CD | $500.00 | | $633.42 |
| LOM | 7/8/2005 8:10:18 AM | IPPJUN | | | Payroll - IPP | $33.52 | | $133.42 |
| LOM | 6/26/2005 9:47:04 PM | ITS0626 | | | ITS Withdrawal | ($66.00) | | $99.90 |
| LOM | 6/26/2005 5:03:17 AM | 33319005 | | | Western Union | $100.00 | | $165.90 |
| LOM | 6/21/2005 1:45:42 PM | 1577 | | 93900 | Local Collections | $6.95 | | $65.90 |
| LOM | 6/16/2005 4:43:14 PM | 7 | | | Sales | $0.00 | | $58.95 |
| LOM | 6/13/2005 8:41:56 PM | 91 | | | Sales | ($66.20) | | $58.95 |
| LOM | 6/13/2005 5:28:02 PM | ITS0613 | | | ITS Withdrawal | ($10.00) | | $125.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LOM | 6/11/2005 9:40:07 AM | ITS0611 | ITS Withdrawal | ($25.00) | | $135.15 |
| LOM | 6/10/2005 1:45:00 PM | IPPMAY | Payroll - IPP | $32.40 | | $160.15 |
| LOM | 6/7/2005 9:23:22 PM | ITS0607 | ITS Withdrawal | ($25.00) | | $127.75 |
| LOM | 6/7/2005 6:19:48 AM | 33317505 | Western Union | $100.00 | | $152.75 |
| LOM | 5/9/2005 9:51:27 PM | ITS0509 | ITS Withdrawal | ($3.00) | | $52.75 |
| LOM | 5/9/2005 8:19:41 PM | 51 | Sales | ($8.70) | | $55.75 |
| LOM | 5/9/2005 8:18:53 PM | 50 | Sales | ($8.80) | | $64.45 |
| LOM | 5/6/2005 8:17:28 PM | ITS0506 | ITS Withdrawal | ($1.00) | | $73.25 |
| LOM | 5/5/2005 10:42:18 AM | 111 | SPO | | ($52.50) | -------- |
| LOM | 5/4/2005 6:03:37 PM | ITS0504 | ITS Withdrawal | ($3.00) | | $74.25 |
| LOM | 5/2/2005 8:12:19 PM | 67 | Sales | ($18.25) | | $77.25 |
| LOM | 4/25/2005 8:05:00 PM | 67 | Sales | ($41.90) | | $95.50 |
| LOM | 4/11/2005 8:58:56 PM | 47 | Sales | ($62.80) | | $137.40 |
| LOM | 4/8/2005 7:13:15 PM | ITS0408 | ITS Withdrawal | ($59.00) | | $200.20 |
| LOM | 4/4/2005 6:14:02 PM | 14 | Sales | ($141.35) | | $259.20 |
| LOM | 4/3/2005 6:27:14 PM | ITS0403 | ITS Withdrawal | ($14.00) | | $400.55 |
| LOM | 3/23/2005 5:06:44 AM | 70128901 | Lockbox - CD | $200.00 | | $414.55 |

1 2

**Total Transactions: 55**

Totals:    $94.55    $0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LOM | $94.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $94.55 |
| **Totals:** | **$94.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$94.55** |

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD. ROOM C-435
HONOLULU, HI 96850-0435

HELEN GILLMOR                                                      TEL (808)541-3502
UNITED STATES DISTRICT JUDGE                                       FAX (808)541-3579

# FAX TRANSMITTAL

FROM:     U. S. District Judge Helen Gillmor

TO:       Myles S. Breiner, Attorney for Defendant
          FAX 566-0347
          Thomas Muehleck, Assistant U. S. Attorney
          FAX 541-2958
          Neil W. Tsukayama, U. S. Probation Officer
          FAX 541-1345

DATE:     July 3, 2003

SUBJECT:  Crim. No. 00-00379 HG-01
          United States v. Russell Gordon Mascoto
          Re-sentencing, July 7, 2003, 2:15 p.m.

        Enclosed is a letter the Court received from Defendant
Mascoto.

Page 1 of 2 pages transmitted.

P. 2

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JUL 0 3 2003

DISTRICT OF HAWAII

TO JUDGE HELEN GILMORE,

I AM WRITING IN CONCERN OF A COUPLE OF ISSUES THAT I WOULD LIKE TO BRING BEFORE THE COURT. I WOULD LIKE TO DISMISS MY ATTORNEY MYLES S. BREINER DUE TO NO ATTORNEY-CLIENT COMMUNICATION AND ALSO BECAUSE OF FINANCIAL PROBLEMS. I HIRED MYLES BREINER BECAUSE I WAS VERY ILLETERATE WITH THE LAW & I WAS EXPECTING TO BE REPRESENTED T MY BEST INTEREST. BUT I FEEL THAT I HAVE BEEN MISREPRESENTED BY PLEADING GUILTY TO A FAULTY INDICTMENT UNDER 841 (B)(1)(A) WHEN I SHOULD HAVE BEEN CHARGED UNDER 841 (B)(1)(B) BECAUSE THE METHAMPHETAMINE THAT I'M GETTING CHARGED FOR ONLY TESTED 72% FOR A "MIXTURE" OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, IT'S SALTS, ISOMERS, OR SALTS OF ITS ISOMERS; YOUR HONOR I DON'T WANT TO WASTE THE COURTS TIME, BUT I ALSO DON'T WANT TO GET CHARGED FOR THE FORM OF PURE METHAMPHETAMINE, WHE WHAT I HAVE IS IMPURE METHAMPHETAMINE.

YOUR HONOR I AM NOT PREPARED TO BE SENTENCED. SO YOUR HELP IN THESE MATTERS WILL BE GREATLEY APPRECIATED.

SINCERLY

Russell Mascote

STEVEN S. ALM
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2000

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII                **HG**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUSSELL GORDON MASCOTO,<br><br>    Defendant. | CR. NO.  **CR00  00379**<br><br>INDICTMENT<br><br>[21 U.S.C. § 841(a)(1)] |

## INDICTMENT

The Grand Jury charges that:

On or about September 7, 2000, in the District of Hawaii, defendant RUSSELL GORDON MASCOTO did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____Sep 14, 2000_____, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Russell Gordon Mascoto
"Indictment"
Cr. No. _____

2

2

mandatory minimum sentence determinations is not frivolous as that term is used in

Anders v. California, 386 U.S. 738, *reh'g denied*, 388 U.S. 924, 87 S.Ct. 1396 (1967)

and requests that this Court reconsider the issue in light of Congress' inaction.

Additionally, although the district court rejected Mascoto's objections to

the imposition of a 10-year minimum sentence, it expressed its view that the issue may

be worthy of appellate review, especially given the inaccurate references to drug type

in the present case:

> It would seem to me that given that the plea
> agreement contained an inaccuracy, that that
> would open the door for an appeal, because given
> that inaccuracy–while I agree with [the
> government] that it doesn't necessarily make a
> difference if you interpret the statute the way he
> has, and the way some of those Ninth Circuit
> cases do, it still is an issue which means that the
> plea agreement was not totally accurate, and it is
> an interesting issue, and it could be the case
> to–you know...it has a lot of aspects that make it
> a case that's worthy of appeal, I think.

[ER, 67].

Therefore, for all the above-stated reasons, Mascoto respectfully requests

that this Court vacate his 10-year sentence of imprisonment and remand his case back

to the district court with instructions to impose a sentence requiring only a 5-year

minimum prison sentence under 21 U.S.C. Section 841 (b)(1)(B)(viii).